M. P. Nos. 73-236, 73-239. DANIELS TOBACCO CO., INC. *v.* JOHN H. NORBERG, *Tax Administrator.* Petition of Tax Administrator for writ of certiorari granted. Cross petition of Daniels Tobacco Co., Inc., for writ of certiorari granted. *Higgins, Cavanagh & Cooney, Albert D. Saunders, Jr.,* for plaintiff. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst.

Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for defendant.